MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Ben Fama*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BEN FAMA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUG ROBERTS, an individual; LIVE CORE PRODUCTIONS LLC, an Alabama limited liability company, DOE INDIVIDUALS 1 – 10; ROE COMPANIES 1 - 10<br><br>Defendant. | Case. No.:<br><br>**COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff Ben Fama ("Plaintiff" or "Mr. Fama"), by his undersigned attorneys, files this Complaint against Defendant Doug Roberts, Live Core Productions LLC, and unnamed Defendants. In support thereof, Plaintiff alleges as follows:

## NATURE OF THE ACTION

1. Plaintiff Ben Fama brings this action to address the multiple bad-faith copyright claims initiated by Defendant Doug Roberts (and/or Defendant Live Core Productions, LLC), under the guise of DMCA takedown notices and other privacy claims, which have unjustly targeted copyrighted content owned by Plaintiff, leading to significant financial losses and broader harm.

2. Far from a simple matter in which copyright holders mistakenly have others' materials removed from social media sites under the auspices of DMCA copyright

enforcement, here, Defendants have ***no*** good faith basis to believe that Plaintiff Ben Fama has infringed upon any of their copyrighted materials. Rather, Defendants' efforts are nothing more than an unlawful attempt to settle a personal vendetta against Plaintiff Ben Fama, silence Plaintiff Ben Fama's outspoken criticism of Defendant Doug Roberts' criminal and unethical conduct, and obtain an unearned advantage in competing with Mr. Fama for content creation work.

**PARTIES, JURISDICTION AND VENUE**

3. Plaintiff Ben Fama is an independent freelance news videographer in Las Vegas, Nevada and is a citizen of Nevada.

4. Defendant Doug Roberts, also known as Roy Finn, Rhena Baxter, and/or Roger Chang, is, upon information and belief, an individual currently residing in, and a citizen of, Nevada.

5. Defendant Live Core Productions LLC is, upon information and belief, an Alabama limited liability company owned and/or managed by Defendant Doug Roberts.

6. The true names and capacities of the defendants named as DOE INDIVIDUALS 1 – 10 and ROE COMPANIES 1 - 10 are unknown to Plaintiff, who therefore sue defendants by fictitious names. On information and belief, DOE INDIVIDUALS 1 – 10 and ROE COMPANIES 1 - 10 are and were agents, employees, parents, or subsidiaries of the other defendants and are legally responsible in some manner for the events and happenings alleged herein, including without limitation, the issuance of and participation in the false and fraudulent DCMA notices and issuance of and participation in the other false and fraudulent takedown attempts described herein. Plaintiff will seek to amend this Complaint to allege the true names and capacities of the Doe defendants when ascertained.

7. The Court has personal jurisdiction over Defendants because, on information and belief, Defendants purposefully directed their activity toward Nevada and intended for their conduct to affect Plaintiff, a Nevada citizen.

8. The Court has jurisdiction over Plaintiff's federal claim under 28 U.S.C. § 1331 because it arises under a federal statute, the Digital Millennium Copyright Act ("DMCA"),

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

17 U.S.C. § 512(f).

9. The Court has jurisdiction over Plaintiff's Nevada claims under 28 U.S.C. § 1367.

10. Venue in this judicial district is proper under 28 U.S.C. § 1391(b) because, upon information and belief, a substantial part of the acts and omissions giving rise to the claims occurred in this district and Defendant Doug Roberts is a citizen of Nevada.

## FACTUAL ALLEGATIONS

***Background***

11. Mr. Fama maintains a portfolio of his audio, video, photographic, and written works online on various accounts on several social media sites.

12. Mr. Fama derives significant economic value from these works being accessible to the general public via social media, as he obtains new clients and customers from displaying his content.

13. As part of these works, Mr. Fama has posted several investigatory pieces regarding Defendant Roberts.

14. Mr. Fama's works do not contain any material in which Defendants possess any copyright interest.

15. Mr. Fama's works do not contain any false or defamatory statements regarding Defendant Roberts, but rather express Mr. Fama's opinions on Defendant Roberts and his conduct, which is part of the public record.

16. Specifically, in March, 2018, Defendant Roberts pleaded guilty in Alabama state court to five counts of impersonating a peace officer and possession of a forged instrument. This plea was affirmed on appeal in April 2019. *See Roberts v. State*, 284 So. 3d 928 (Ala. Civ. App. 2019).

17. Defendants, in a bad-faith effort to silence Mr. Fama's criticism and pretend that Defendant Roberts was never convicted of impersonating a police officer, have waged a lengthy campaign of pursuing unlawful DMCA takedown notices of Mr. Fama's videos.

18. Defendants have, over two dozen times from April 2025 through the present, issued false and fraudulent takedown notices on Mr. Fama's social media accounts as described

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

herein.

19. Further reflecting Defendants' bad faith effort to harass and punish Mr. Fama for expressing his negative opinions of Defendant Roberts and communicating the truthful fact that Defendant Roberts was convicted of impersonating a police officer, these takedown notices also target works which have nothing to do with Defendant Roberts.

20. Additionally, Defendant Roberts owns and operates a so-called "media" company, Defendant Live Core Productions LLC, that purports to compete with Mr. Fama and his companies, including IHCT Productions.

21. Upon information and belief, Defendants have also issued fraudulent unlawful takedown attempts regarding Mr. Fama's videos posted on third-parties' social media pages.

22. Upon information and belief, Defendants' malicious attempts to de-platform and deny access to Mr. Fama's online accounts, including by issuing false takedown notices and impersonating Mr. Fama, was done to interfere with Mr. Fama's (and his companies') ability to earn money.

23. Because Mr. Fama uses his YouTube channels and other social media outlets to secure clients and market his products and services, deplatforming of, and denial of Mr. Fama's access to, Mr. Fama's account prevents Mr. Fama from taking economic advantage of his labor by marketing his films, news work, and music.

24. Upon information and belief, the permanent removal of any of Mr. Fama's YouTube accounts would result in termination of all of Mr. Fama's accounts, as they are linked together.

25. Upon information and belief, the permanent removal of Mr. Fama's YouTube channels would halt all future revenue generated on YouTube, as YouTube's algorithm would prevent any of Mr. Fama's previously accessible videos from being uploaded again, even if Mr. Fama created a new account or channel.

26. Furthermore, the permanent removal of Mr. Fama's X and Instagram accounts causes Mr. Fama to lose contact information and access to potential clients and customers.

27. Upon information and belief, deplatforming and termination of Mr. Fama's social

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

media accounts conferred an unfair advantage on Defendants in their ability to gain clients and customers who otherwise would have hired Mr. Fama.

***The False Takedown Notices***

28. On or about April 24, 2025, IHCT News Las Vegas received a copyright removal request from YouTube for the video "Doug Roberts, convicted police impersonator, now works as a freelance news cameraman in Las Vegas." This removal request was issued by Live Core Productions LLC. This resulted in a copyright strike on IHCT News Las Vegas's YouTube Account. This video did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

29. On or about April 26, 2025, IHCT News Las Vegas received a copyright removal request from YouTube for the video "Who is Doug R. Roberts? From fake cop to Las Vegas cameraman." This removal request was issued by Live Core Productions LLC. This resulted in a copyright strike on IHCT News Las Vegas's YouTube Account. This video did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

30. On or about April 28, 2025, Mr. Fama received a notice of content restriction from Google regarding allegedly infringing material in his Google Drive, which restricted Mr. Fama's access to his Google Drive. This request was issued by "Roger Chang" on behalf of Live Core Productions LLC. This Google Drive did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

31. On or about May 4 and 5, 2025, Mr. Fama received a DMCA takedown notice from X regarding his accounts @benfamajr and @ihctnews. These accounts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

32. On or about May 5, 2025, Mr. Fama received a DMCA takedown notice from Instagram regarding the video entitled "This is the video that Doug Roberts doesn't want you to see" which describes Defendants' conduct of filing false copyright claims. This takedown notice was made on behalf of the purported "Rights Owner," Remove Your Media LLC. This video did not contain any material that infringed upon Defendants' copyrights, and

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

Defendants were aware of this.

33. On or about May 7, 2025, Mr. Fama received a copyright removal request from Facebook for the video "My latest work on Doug Roberts." This removal request was by the "Rights Owner," Dough [sic] Roberts. This video did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

34. On or about May 10, 2025, Mr. Fama received two "privacy concerns" from YouTube on his IHCT News Las Vegas account, regarding a video. This video did not share any private information about Defendants, and Defendants were aware of this.

35. On or about May 12, 2025, Mr. Fama received a Google notice of content restriction issued on behalf of Roger Chang and Live Core Productions, LLC alleging that content on https://sites.google.com/view/whoisdougrroberts, specifically "Photographs of a professional cameraman holding a camera" infringed upon Defendant Douglas Roberts' copyrights. This website did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

36. On or about May 26, 2025, Mr. Fama received a takedown notice regarding a Facebook post, issued on behalf of "Dough Roberts," alleging that the post infringed upon his copyrights. This post did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

37. On or about May 31, 2025, Mr. Fama received a takedown notice regarding an Instagram post, issued on behalf of Live Core Productions LLC, alleging that the post infringed upon its copyrights. This post did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

38. On or about June 17, 2025, Mr. Fama received a takedown notice regarding an Instagram post, issued on behalf of Live Core Productions LLC, alleging that the post infringed upon its copyrights. This post did not contain any material that infringed upon Defendant Doug Roberts' copyrights, and Defendants were aware of this.

39. On or about December 7, 2025, IHCT News Las Vegas received a termination notice from YouTube stating that the IHCT News Las Vegas channel and any other

associated channels had been terminated due to multiple copyright strikes associated with 41 separate removal requests videos on the IHCT News Las Vegas YouTube Account. This termination was performed based on these 41 removal requests, all issued from Live Core Productions. These videos did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

40. On or about December 8, 2025, the following YouTube accounts owned by Mr. Fama and associated with IHCT News Las Vegas were also terminated due to Defendants' bad-faith copyright strikes: Ben Fama Jr., echocharge, Eon Wild, Ethereal Sonic Landscape, Forget The World, Lysentra, nub, Seventh of March, SlowPlaya, and The Broken Republic. These accounts did not contain or share any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

41. On or about December 9, 2025 IHCT News Las Vegas received another termination notice from YouTube stating that the IHCT News Las Vegas channel and any other associated channels had been terminated due to multiple copyright strikes associated with 184 separate removal requests videos on the IHCT News Las Vegas YouTube Account. This termination was performed based on these 184 removal requests, all issued from Live Core Productions. These videos did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

42. On or about December 16, 2025 Mr. Fama received a Google notice of content restriction issued on behalf of Doug Roberts and Live Core Productions, LLC alleging that content on http://dougryanrobertseexposed.blogspot.com specifically three articles, infringed upon Defendants' copyrights. These articles did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

43. On or about December 23, 2025, Mr. Fama received a DMCA takedown notice from Soundcloud regarding seven of Mr. Fama's original sound recordings and compositions. Upon information and belief, these takedowns were issued on behalf of Defendants. These recordings did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

44. On or about December 23, 2025, Mr. Fama received a "privacy concern" from YouTube on his Doug Ryan Roberts Exposed account, regarding two videos. These videos did not share any private information about Defendants, and Defendants were aware of this

45. On or about December 30, 2025, Mr. Fama received a DMCA takedown notice from X regarding fourteen posts on his account @ihctnews. This account and these posts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

46. On or about December 31, 2025, Mr. Fama received another DMCA takedown notice from X regarding fourteen posts on his account @ihctnews. This account and these posts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

47. On or about January 9, 2026 Mr. Fama received another DMCA takedown notice from X regarding six posts on his account @ihctnews. This account and these posts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

48. On or about January 11, 2026, Mr. Fama received a copyright removal request from YouTube on his IHCT News Las Vegas account, regarding a community post. This community post did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

49. On or about January 11, 2026, Mr. Fama received another copyright removal request from YouTube on his IHCT News Las Vegas account, regarding a community post. This community post did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

50. On or about January 11, 2026, Doug Ryan Roberts Exposed, an account owned by Mr. Fama, received a copyright removal request from YouTube for the videos Doug Roberts: Online Harassment, Impersonation, and Copyright Abuse Exposed" and "Who Is Doug Ryan Roberts? From convicted fake cop to Las Vegas cameraman." This removal request was issued by Roger Chang from Live Core Productions LLC email address. This resulted in a

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

copyright strike on Doug Ryan Roberts Exposed's YouTube Account. These videos did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

51. On or about January 13, 2026, Mr. Fama received another DMCA takedown notice from X regarding seven posts on his account @ihctnews. This account and these posts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

52. On or about January 15, 2026, Mr. Fama received another DMCA takedown notice from X regarding five posts on his account @ihctnews. This account and these posts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

53. On or about January 19, 2026, Mr. Fama received a Notice of Infringement issued by Roger Chang regarding eight photos on the Flicker account benfamajr. This accounts and these photos did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

54. On or about January 20, 2026, Mr. Fama received another DMCA takedown notice from X regarding three posts on his account @ihctnews. This account and these posts did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this. As further explained below, Defendants impersonated Mr. Fama in issuing this improper takedown request.

55. On or about January 20, 2026, Mr. Fama received a notice from X that his account @ihctnews was suspended for violating X's rules against copyright infringement. This account did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

56. On or about February 2, 2026, Mr. Fama received a copyright removal request from YouTube on his IHCT News Las Vegas account, regarding the video "Las Vegas Metropolitan Police PIO denies IHCT press access without just cause" issued by Live Core Productions. This video did not contain any material that infringed upon Defendants'

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

copyrights, and Defendants were aware of this.

57. On or about February 4, 2026, Mr. Fama received a copyright removal request from YouTube on his IHCT News Las Vegas account, regarding a community post, issued by Roger Chang. This post did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

58. On or about February 13, 2026, Mr. Fama received takedown notices from Blogger regarding two posts on the site http://dougryanrobertseexposed.blogspot.com, entitled "Cytranet Exposed: An Investigative Review of Complaints, Court Records, and a Troubling Public Trail" and "Doug Roberts: Online Harassment, Impersonation, and Copyright Abuse Exposed" which were taken down for allegedly violating Blogger's Harassment and Threats policy. These posts did not contain any material that infringed upon Defendants' copyrights, nor did it contain any threats or harassment, and Defendants were aware of this.

59. On or about March 16, 2026, IHCT News Las Vegas received a termination notice from YouTube stating that the IHCT News Las Vegas channel and any other associated channels had been terminated due to multiple copyright strikes associated with five separate removal requests videos on the IHCT News Las Vegas YouTube Account. This termination was performed based on these five removal requests, all issued from Live Core Productions. These videos did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this.

60. On or about April 2, 2026, Mr. Fama received a DMCA takedown notice from Instagram regarding four photos that Mr. Fama published regarding his photography and videography work. This takedown notice was made on behalf of the purported "Rights Owner," Live Core Productions LLC. These photos did not contain any material that infringed upon Defendants' copyrights, and Defendants were aware of this

***Mr. Fama Is Forced to Issue Counternotifications and Reinstate His Accounts***

61. Due to Defendants' unlawful takedown notices, Mr. Fama was forced to incur significant time and effort in reinstating his social media accounts.

62. On or about April 26, 2025, Mr. Fama sent a letter to removeyourmedia.com

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

regarding Live Core Productions' illegal copyright notices.

63. On or about April 28, 2025, Mr. Fama, on behalf of IHCT News Las Vegas, responded to YouTube with a counter notification to inform YouTube that he had absolute rights to the videos which had been restricted.

64. On or about May 5, 2025, Mr. Fama sent a counternotification on X regarding the May 4 and 5 takedowns.

65. On or about June 19, 2025, Mr. Fama submitted an appeal to Instagram regarding the May 17 takedown.

66. On or about December 7, 2025, Mr. Fama emailed Jonathan at copybyte.com regarding copybyte.com's facilitation of Defendants' unlawful copyright strikes against Mr. Fama's YouTube channels.

67. On or about December 12, 2025, Mr. Fama appealed to YouTube to upload copies of his content which had previously been removed due to Defendants' unlawful takedown notices.

68. On or about December 13, 2025, YouTube denied this appeal.

69. On or about December 13, 2025, Mr. Fama applied for reinstatement of, and access to, his YouTube accounts which had been terminated due to Defendants' unlawful takedown notices.

70. On or about December 14, 2025, YouTube denied Mr. Fama's applications for his channel, including "Ben Fama," "Eon Wild," "Forget the World," "News Hunter Gather," "West Desert Radio"

71. On or about December 15, 2025, Mr. Fama made counternotification requests to YouTube regarding the unlawful takedown notices issued December 7-9.

72. On or about December 16, 2025, YouTube denied Mr. Fama's reinstatement request.

73. On or about December 20, 2025, Mr. Fama issued more counternotification requests to YouTube regarding the unlawful takedown notices issued December 7-9 against Mr. Fama's IHCT News Las Vegas channel.

74. On or about December 29, 2025, Mr. Fama emailed SoundCloud regarding Defendants' unlawful takedown notices of his original sound recordings and compositions.

75. On or about December 29, 2025, Mr. Fama emailed the United States Copyright Claims board regarding a fraudulent claim that Defendants issued against Mr. Fama to the Copyright Claims Board, Claim No. 25-CCB-0564.

76. On or about December 29, 2025, Defendants withdrew the fraudulent Copyright Claims Board claim No. 25-CCB-0564.

***Mr. Fama Tries to Resolve This with Defendants Without Litigation***

77. In addition to going to great lengths to reinstate his social media accounts, Mr. Fama sent several ceases and desist letters to Defendants.

78. Mr. Fama sent such cease and desist letters to Defendants on or about April 11, 2025; April 28, 2025; and, December 12, 2025.

79. Defendants did not cease or desist, and have continued to issue improper takedown notices against Mr. Fama's content.

***Defendant Impersonates Mr. Fama***

80. As noted above, on or about January 20, 2026, Mr. Fama received another DMCA takedown notice from X regarding three posts on his account @ihctnews.

81. Upon information and belief, this takedown notice was issued by Defendants.

82. In the takedown request issued to "X Corp. Copyright Agent" Defendants falsely stated that thirty-four (34) different X posts infringed on Mr. Fama's (***not*** Defendant Roberts') copyrights.

83. In the contact information of this takedown request, Defendants falsely claimed that they were taking the requested action on behalf of Mr. Fama.

84. It is clear that Defendants forged Mr. Fama's electronic signature, as it is signed with the name "Benedict Charles Fama Jr" (which is not how Mr. Fama signs his name) and lists as a contact email, "legal@gfyben.com." "GFY" is an acronym which stands for "go fuck yourself."

85. Defendants could not possibly have formed a good faith belief that they had any

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

copyrights in these works or that they were authorized to act upon the copyright owner, as they admit that Mr. Fama's copyrights were the ones that were allegedly violated.

**FIRST CAUSE OF ACTION: VIOLATION OF DMCA (17 U.S.C. § 512(f))**

**(Against All Defendants)**

86. Plaintiff repeats and realleges the allegations set forth in Paragraphs 1 through 85 as if fully set forth herein.

87. The DMCA bad faith notice and takedown provision under 17 U.S.C. § 512(f) provides that "[a]ny person who knowingly materially misrepresents under this section … that material or activity is infringing … shall be liable for any damages, including costs and attorneys' fees, incurred by the alleged infringer … who is injured by such misrepresentation as the result of … relying upon such misrepresentation in removing or disabling access to the material or activity claimed to be infringing."

88. By issuing the false and fraudulent DMCA notices, Defendants claimed copyright in content that is plainly either in the public domain and/or copyrighted by Plaintiff rather than Defendants, which constitute knowing and material misrepresentations.

89. Defendants therefore knowingly and materially made misrepresentations to social media companies stating that Plaintiff's content was infringing intellectual property rights owned by Defendants under 17 U.S.C. § 512(f).

90. In reliance on Defendants' misrepresentations, several social media companies, including but not limited to, YouTube, X, Google, Facebook, Instagram, Flickr, TikTok, and Blogger removed, suspended, or disabled Mr. Fama's (and his companies') access to their accounts.

91. In reliance on Defendants' fraudulent misrepresentations, several social media companies, including but not limited to, YouTube, X, Google, Facebook, Instagram, Flickr, TikTok, and Blogger made content on Mr. Fama's (and his companies') unviewable by the general public.

92. Plaintiff has been harmed by the conduct of Defendants described herein in an amount to be determined at trial, and Plaintiff seeks damages, including but not limited to

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

attorney's fees and costs, for Defendants' bad-faith conduct under 17 U.S.C. § 512(f).

**SECOND CAUSE OF ACTION: INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**

**(Against All Defendants)**

93. Plaintiff repeats and realleges the allegations set forth in Paragraphs 1 through 92 as if fully set forth herein.

94. Plaintiff has prospective clients and customers who view Plaintiff's online content and employ Plaintiff for content creation works.

95. By issuing false takedown notices to social media sites and by impersonating Plaintiff in doing so, Defendants have intentionally interfered with Plaintiff's relationships with these prospective clients and customers.

96. But for Defendants' conduct, Plaintiff would have been able to form economically beneficial relationships with these prospective clients and customers.

97. Plaintiff is entitled to actual and punitive damages for Defendants' bad-faith conduct.

98. Plaintiff has further been required to obtain counsel to litigate this matter, and is entitled to reasonable attorney's fees and costs in bringing this action.

**THIRD CAUSE OF ACTION: ALTER EGO**

**(Against Defendant Live Core Productions, LLC, Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang)**

99. Plaintiff repeats and realleges the allegations set forth in Paragraphs 1 through 98 as if fully set forth herein.

100. Upon information and belief, Live Core Productions, LLC is the alter ego of Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang. Live Core Productions, LLC's corporate structure must be pierced to allow Plaintiff to obtain complete relief for the harm and damages described herein.

101. Upon information and belief, Live Core Productions, LLC is influenced and governed by Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang, as evidenced

by the fact that Live Core Productions, LLC is a single member LLC, whose registered agent and sole organizer is Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang;

102. Upon information and belief, there is such unity of interest and ownership that Live Core Productions, LLC, and Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang inseparable from each other, as supported by the fact that:

a. On April 19, 2025, Live Core Productions, LLC entered into a Limited Authorization Agreement with Remove Your Media, LLC, wherein Doug Roberts listed himself as "Manager" of Live Core Productions, LLC, and represented the company as having "its registered office at PO Box 230801 LAS VEGAS NV 89105," when in fact Live Core Productions, LLC, is not registered with the Nevada Secretary of State and has not complied with the provisions of NRS 80.010 to 80.040, inclusive; and

b. On January 5, 2026, Plaintiff received an email communication from SoundCloud support stating, "I'd be happy to get you some further information here. We received the copyright infringement report from Live Core Productions LLC (doug1@dougr.com). You would need to get in touch with them directly to resolve the situation" indicating that Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang uses his personal email address in carrying out the business of Live Core Productions LLC, rather than the "@livecoreproductions.com" address suffix used in other Live Core Productions LLC communications.

103. Adherence to the notion of Live Core Productions, LLC being an entity separate from Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang would sanction fraud and/or promote manifest injustice, as evidenced by the multiple fraudulent and false notices discussed herein produced by Live Core Productions, LLC, as alter ego of Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang, and Live Core Productions, LLC.

104. Upon information and belief, Live Core Productions, LLC, is a sham entity used by Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang to conceal his assets from

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

litigation such as the instant action wherein he engages in fraudulent conduct as described herein.

105. Plaintiff requests that Live Core Productions, LLC, be declared the alter ego of Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang, and that the Court hold Live Core Productions, LLC, Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang *in solido*.

106. Plaintiff has further been required to obtain counsel to litigate this matter, and is entitled to reasonable attorney's fees and costs in bringing this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for relief as follows:

a. A trial by jury on all claims;

b. A finding by the Court that Live Core Productions, LLC, is the alter ego of Doug Roberts a/k/a Roy Finn, Rhena Baxter, and/or Roger Chang;

c. For compensatory damages in an amount to be proven at trial;

d. For punitive and exemplary damages;

e. For reasonable attorney's fees and cost of suit incurred herein;

f. For prejudgment interest at the legal rate; and,

g. For such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all issues so triable.

DATED this 23rd day of April, 2026.

*/s/ Leo S. Wolpert*
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300; Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff Ben Fama*

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM